IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

DEBRA JOHNSON                                                                                          PETITIONER

VS.                                          CASE NO. 1:12-cv-1078

RAY HOBBS, Director,
Arkansas Department of Correction                                                          RESPONDENT

## ORDER

    Before the Court is the Report and Recommendation filed August 2, 2013 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 10). Judge Bryant has reviewed Petitioner's Petition for Writ of Habeas Corpus (ECF No. 1) and recommends that the petition be denied and dismissed with prejudice. The parties have not filed objections to the Report and Recommendation, and the time for doing so has passed. *See* 28 U.S.C. § 636(b)(1)(C). After a *de novo* review of the record, the Court adopts Judge Bryant's report as its own. Accordingly, Petitioner's Petition for Writ of Habeas Corpus should be and hereby is **DENIED** and **DISMISSED with prejudice**.

    **IT IS SO ORDERED**, this 26th day of August, 2013.

    /s/ Susan O. Hickey
    Susan O. Hickey
    United States District Judge